# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **BURVON KING, JR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00398-BP |
| | § | |
| **GENERAL MOTORS LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

Plaintiff filed Agreed Motions to Dismiss Defendants (ECF Nos. 50, 52), which the Court granted earlier today. ECF No. 53. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED with prejudice**, except that any claim that Plaintiff may assert against his employer, Avancez, LLC, in accordance with the Texas Worker's Compensation system or an associated appeal is **DISMISSED without prejudice**.

It is so **ORDERED** on February 8, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE